**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

**Luis Alberto Sierra Chavez**    Case No. 20-10286-KHK
**Megan Rose Sierra**    Chapter 13

Debtor(s)

## NOTICE OF SUSPENSION OF PLAN PAYMENTS
## PER STANDING ORDER 20-12

The Debtor(s), having certified to Counsel for the Debtor(s) that they have been adversely impacted financially by the COVID-19 pandemic, hereby give notice of the suspension of their Chapter 13 Plan payments for three (3) calendar months, beginning with the month of April 2020.

The Chapter 13 Plan shall be automatically extended by the number of months stated above for the suspension.

LUIS ALBERTO SIERRA CHAVEZ
MEGAN ROSE SIERRA
By Counsel

NEW DAY LEGAL, PLLC

/s/ Scott W. Carpenter
Scott W. Carpenter, Esquire, VSB # 89057
John C. Morgan, Esquire, VSB # 30148
Suad Bektic, Esquire, VSB # 90012
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186
Phone: (540) 349-3232
Facsimile: (888) 612-0943
*Counsel for Debtor(s)*

SEEN AND AGREED:

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2020, a true copy of the foregoing Notice was mailed to or electronically served via electronic case filing to the Chapter 13 Trustee and to all creditors and parties in interest at their respective addresses as listed on the mailing matrix maintained by the clerk of the court.

      /s/ Scott W. Carpenter
      Scott W. Carpenter