**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHAPTER 13 PLAN**
**AND RELATED MOTIONS**

Name of Debtor(s):  **Luis Alberto Sierra Chavez**
**Megan Rose Sierra**

Case No:  **20-10286**

This plan, dated __**June 18, 2020**__ , is:

☐ the *first* Chapter 13 plan filed in this case.
☑ a modified Plan, which replaces the
☐ confirmed or ☑ unconfirmed Plan dated __**April 16, 2020**__ .

Date and Time of Modified Plan Confirmation Hearing:
**July 23, 2020 at 1:30 p.m.**

Place of Modified Plan Confirmation Hearing:
**Judge Kindred's Courtroom, 200 S. Washington St., Alexandria, VA 22314**

The Plan provisions modified by this filing are:
**Sec. 2 (Increase funding); Sec. 4 (Increase "cramdown" value of Ford F-150)**

Creditors affected by this modification are:
**Westlake Financial Services**

**1. Notices**

**To Creditors:**

**Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.**

**(1) Richmond and Alexandria Divisions:**
The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed.
**(2) Norfolk and Newport News Divisions:** a confirmation hearing will be held even if no objections have been filed.
   **(a) A scheduled confirmation hearing will not be convened when:**
      **(1) an amended plan is filed prior to the scheduled confirmation hearing; or**
      **(2) a consent resolution to an objection to confirmation anticipates the filing of an amended plan and the objecting party removes the scheduled confirmation hearing prior to 3:00 pm on the last business day before the confirmation hearing.**

In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance.

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| A. | A limit on the amount of a secured claim, set out in Section 4.A which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not included |
|---|---|---|---|
| B. | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 8.A | ☐ Included | ☑ Not included |
| C. | Nonstandard provisions, set out in Part 12 | ☑ Included | ☐ Not included |

**2.**    **Funding of Plan.** The debtor(s) propose to pay the Trustee the sum of $__**1,475.00**__ per __**month**__ for __**58**__ months,

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**beginning July 28, 2020 (Notice of Suspension of Plan Payments effective for April, May, and June 2020)**.

Other payments to the Trustee are as follows: **$2,618.26 paid-to-date over 2 months.**

 The total amount to be paid into the Plan is $___**88,168.26**___.

3.       **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

      A.       **Administrative Claims under 11 U.S.C. § 1326.**

          1.       The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10% of all sums received under the plan.

          2.       Check one box:

☑ Debtor(s)' attorney has chosen to be compensated pursuant to the "no-look" fee under Local Bankruptcy Rule 2016-1(C)(1)(a) and (C)(3)(a) and will be paid $___**3,648.00**___, balance due of the total fee of $___**5,434.00**___ concurrently with or prior to the payments to remaining creditors.

☐ Debtor(s)' attorney has chosen to be compensated pursuant to Local Bankruptcy Rule 2016-1(C)(1)(c)(ii) and must submit applications for compensation as set forth in the Local Rules.

      B.       **Claims under 11 U.S.C. § 507.**

The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid pursuant to 3.C below:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **Fauquier County Treasurer** | **Taxes and certain other debts** | 917.00 | **Prorata** <br> **19 months** |
| **Fauquier County Treasurer** | **Taxes and certain other debts** | 450.00 | **Prorata** <br> **19 months** |
| **Internal Revenue Service** | **Taxes and certain other debts** | 13,313.59 | **Prorata** <br> **19 months** |

      C.       **Claims under 11 U.S.C. § 507(a)(1).**

The following priority creditors will be paid prior to other priority creditors but concurrently with administrative claims above.

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| -NONE- | | | |

4.       **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

      A.       **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 4(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 5 of the Plan.** The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est. Debt Bal. | Replacement Value |
|---|---|---|---|---|
| **Tidewater Finance Company** | **Household furnishings** | **12/2019** | **4,000.00** | **1,500.00** |
| **Westlake Financial Services** | **2013 Ford F-150** | **05/2017** | **20,960.11** | **14,500.00** |

Page 2

**B.    Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay under §§ 362(a) and 1301(a) as to the interest of the debtor(s), any co-debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| -NONE- | | | |

**C.    Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 4(D) and/or 7(B) of the Plan, as follows:

| Creditor | Collateral | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| -NONE- | | | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 7(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

**D.    Payment of Secured Claims on Property Being Retained (except those loans provided for in section 6 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation specified in sub-section A and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Payment & Est. Term |
|---|---|---|---|---|
| **Westlake Financial Svcs.** | **2019 Honda Odyssey** | **33,449.82** | **5.25%** | **Prorata 40 months** |
| **First Service Residential** | **3008 Revere Street Bealeton, VA** | **390.00** | **5.25%** | **Prorata 40 months** |
| **Tidewater Finance Company** | **Household furnishings** | **1,500.00** | **5.25%** | **Prorata 40 months** |
| **Culligan Water** | **Water Treatment System** | **4,655.90** | **5.25%** | **Prorata 40 months** |
| **Westlake Financial Services** | **2013 Ford F-150** | **14,500.00** | **5.25%** | **Prorata 40 months** |

**E.    Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' principal residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 6 of the Plan.

**5.    Unsecured Claims.**

**A.    Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately ___1___ %. The dividend percentage may vary depending on actual claims filed. If this case was liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately ___0___ %.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**B.      Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

**6.      Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Principal Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

**A.      Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement. A default on the regular contract payments on the debtor(s) principal residence is a default under the terms of the plan.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Loancare Servicing Center** | **3008 Revere Street Bealeton, VA** | **2,047.00** | **0.00\*** | **0%** | **0months** | |
| | | | **See Sec. 12 Note** | | | |
| **Bay Club Resort** | **Ocean City Timeshare** | **\*See Sec. 12 Note** | **0.00** | **0%** | **0months** | |

**B.      Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate on Arrearage | Monthly Payment on Arrearage & Est. Term |
|---|---|---|---|---|---|
| -NONE- | | | | | |

**C.      Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Payment & Term |
|---|---|---|---|---|
| -NONE- | | | | |

**7.      Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts, leases and/or timeshare agreements listed below.

**A.      Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts:

| Creditor | Type of Contract |
|---|---|
| -NONE- | |

**B.      Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor(s) agree to abide by all terms of the agreement.  The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|

Page 4

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|----------|------------------|-----------|-----------------------------|-----------------------|
| -NONE- | | | | |

**8.**   **Liens Which Debtor(s) Seek to Avoid.**

   **A.**   **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Basis | Exemption Amount | Value of Collateral |
|----------|-----------|-----------------|------------------|---------------------|
| -NONE- | | | | |

   **B.**   **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate adversary proceedings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such  pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|----------|--------------|---------------------------|---------------------|
| -NONE- | | | |

**9.**   **Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive any payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after  the debtor(s) receive a discharge.
- If a claim is listed in the Plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.
- If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.
- Unless otherwise ordered by the Court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in the plan.

**10.**   **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not transfer, sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**11.**   **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**12.**   **Nonstandard Plan Provisions**

   ☐ **None. If "None" is checked, the rest of Part 12 need not be completed or reproduced.**

   **NOTE REGARDING LOANCARE SERVICING MORTGAGE ARREARS: A loan modification agreement capitalizing all arrears was approved on June 2, 2020.**

   **NOTE REGARDING BAY CLUB RESORT REGULAR PAYMENTS: This property is unencumbered by liens, and the annual maintenance fees are paid by family or other guests at the timeshare. The annual maintenance fees vary, but are typically between $700 and $800 per year.**

Dated:   **June 18, 2020**

**/s/ Luis Alberto Sierra Chavez**
**Luis Alberto Sierra Chavez**

**/s/ John C. Morgan**
**John C. Morgan 30148**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1                                                Debtors' Attorney

**/s/ Megan Rose Sierra**
_____
**Megan Rose Sierra**
Debtor 2

By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the Local Form Plan, other than any nonstandard provisions included in Part 12.

**Exhibits:** **Copy of Debtor(s)' Budget (Schedules I and J); Matrix of Parties Served with Plan**

Certificate of Service

I certify that on __**June 18, 2020**__, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ John C. Morgan**
_____
**John C. Morgan 30148**
Signature

**98 Alexandria Pike**
**Suite 10**
**Warrenton, VA 20186**
_____
Address

**540-349-3232**
_____
Telephone No.

CERTIFICATE OF SERVICE PURSUANT TO RULE 7004

I hereby certify that on __**June 18, 2020**__ true copies of the forgoing Chapter 13 Plan and Related Motions were served upon the following creditor(s): **First Service Residential**; **Tidewater Finance Company**; **Westlake Financial Services**; **Culligan Water**

☑ by first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P.; or

☐ by certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

**/s/ John C. Morgan**
_____
**John C. Morgan 30148**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Luis Alberto Sierra Chavez**<br>**Megan Rose Sierra** | Case No. | **20-10286** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To: **Culligan Water Conditioning**
**Scott G. Clawson, CEO**
**7094 Browntown Road**
**Front Royal, VA 22630**
*Name of creditor*

**Water treatment System**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑      To value your collateral. *See Section 4 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 8 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | July 16, 2020 |
| Date and time of confirmation hearing: | July 23, 2020 at 1:30 p.m. |
| Place of confirmation hearing: | 200 S. Washington St., Courtroom III, Alexandria, VA |

**Luis Alberto Sierra Chavez**
**Megan Rose Sierra**
*Name(s) of debtor(s)*

By:  **/s/ John C. Morgan**
**John C. Morgan 30148**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**John C. Morgan 30148**
*Name of attorney for debtor(s)*
**98 Alexandria Pike**
**Suite 10**
**Warrenton, VA 20186**
*Address of attorney [or pro se debtor]*

Tel. #  **540-349-3232**
Fax #  **888-612-0943**

*ver. 12/17*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __June 18, 2020__.

/s/ John C. Morgan
**John C. Morgan 30148**
*Signature of attorney for debtor(s)*

*ver. 12/17*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Luis Alberto Sierra Chavez**<br>**Megan Rose Sierra** | | Case No. | **20-10286** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:

**First Service Residential**
**Chuck Fallon, CEO**
**11351 Random Hills Rd, Suite 500**
**Fairfax, VA 22030**

*Name of creditor*

**3008 Revere Street Bealeton, VA**

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑ To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

*ver. 12/17*

2.        ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | July 16, 2020 |
| Date and time of confirmation hearing: | July 23, 2020 at 1:30 p.m. |
| Place of confirmation hearing: | 200 S. Washington St., Courtroom III, Alexandria, VA |

**Luis Alberto Sierra Chavez**
**Megan Rose Sierra**
*Name(s) of debtor(s)*

By:    ***/s/ John C. Morgan***
**John C. Morgan 30148**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**John C. Morgan 30148**
*Name of attorney for debtor(s)*
**98 Alexandria Pike**
**Suite 10**
**Warrenton, VA 20186**
*Address of attorney [or pro se debtor]*

Tel. #    **540-349-3232**
Fax #    **888-612-0943**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **June 18, 2020**    .

***/s/ John C. Morgan***
**John C. Morgan 30148**
*Signature of attorney for debtor(s)*

*ver. 12/17*

# United States Bankruptcy Court
### Eastern District of Virginia

|  | | | |
|---|---|---|---|
| In re | **Luis Alberto Sierra Chavez**<br>**Megan Rose Sierra** | Case No. | **20-10286** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Tidewater Finance Company**
**Nathan Benson, CEO**
**6520 Indian River Rd**
**Virginia Beach, VA 23464**
*Name of creditor*

**Household furnishings**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑    To value your collateral. ***See Section 4 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

*ver. 12/17*

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | July 16, 2020 |
| Date and time of confirmation hearing: | July 23, 2020 at 1:30 p.m. |
| Place of confirmation hearing: | 200 S. Washington St., Courtroom III, Alexandria, VA |

**Luis Alberto Sierra Chavez**
**Megan Rose Sierra**
*Name(s) of debtor(s)*

By:   **/s/ John C. Morgan**
**John C. Morgan 30148**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**John C. Morgan 30148**
*Name of attorney for debtor(s)*
**98 Alexandria Pike**
**Suite 10**
**Warrenton, VA 20186**
*Address of attorney [or pro se debtor]*

Tel. #   **540-349-3232**
Fax #   **888-612-0943**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **June 18, 2020**   .

**/s/ John C. Morgan**
**John C. Morgan 30148**
*Signature of attorney for debtor(s)*

*ver. 12/17*

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Luis Alberto Sierra Chavez**<br>**Megan Rose Sierra** | Case No. | **20-10286** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Westlake Financial Services**
**Bret Hankey, Executive VP**
**4751 Wilshire Bvld.**
**Los Angeles, CA 90010**
*Name of creditor*

**2013 Ford F150; 2019 Honda Odyssey**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑      To value your collateral.  ***See Section 4 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 8 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

*ver. 12/17*

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | July 16, 2020 |
| Date and time of confirmation hearing: | July 23, 2020 at 1:30 p.m. |
| Place of confirmation hearing: | 200 S. Washington St., Courtroom III, Alexandria, VA |

**Luis Alberto Sierra Chavez**
**Megan Rose Sierra**
*Name(s) of debtor(s)*

By:     **/s/ John C. Morgan**
**John C. Morgan 30148**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**John C. Morgan 30148**
*Name of attorney for debtor(s)*
**98 Alexandria Pike**
**Suite 10**
**Warrenton, VA 20186**
*Address of attorney [or pro se debtor]*

Tel. #   **540-349-3232**
Fax #    **888-612-0643**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **June 18, 2020**   .

**/s/ John C. Morgan**
**John C. Morgan 30148**
*Signature of attorney for debtor(s)*

*ver. 12/17*

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Luis Alberto Sierra Chavez** |
| Debtor 2 (Spouse, if filing) | **Megan Rose Sierra** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **20-10286** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Self-employed** | **Office Manager** |
| | Employer's name | **Sierra Painting LLC** | **NASDDDS** |
| | Employer's address | **3008 Revere Street**<br>**Bealeton, VA 22712** | **301 N Fairfax Street, Suite 101**<br>**Alexandria, VA 22314** |
| | How long employed there? | **5 months** | **11 Years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $      5,848.22 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $        0.00 | $      5,848.22 |

| Debtor 1 | **Luis Alberto Sierra Chavez** | | | |
|---|---|---|---|---|
| Debtor 2 | **Megan Rose Sierra** | | Case number (*if known*) | **20-10286** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 5,848.22 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 857.86 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 405.30 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,263.16 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 4,585.06 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,849.02 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: **Pro-rated Tax Refunds** | 8h.+ | $ 400.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,249.02 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,249.02 + $ 4,585.06 | = $ 8,834.08 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ | 8,834.08 |
| | | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☛ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Luis Alberto Sierra Chavez** |
| Debtor 2 (Spouse, if filing) | **Megan Rose Sierra** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **20-10286** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.     ■ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 1 | ☐ No  ■ Yes |
| Daughter | 4 | ☐ No  ■ Yes |
| Son | 6 | ☐ No  ■ Yes |
| Daughter | 12 | ☐ No  ■ Yes |
| Son | 13 | ☐ No  ■ Yes |
| Daughter | 15 | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No   ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | Your expenses |
|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4.  $                                     **2,043.00**

    If not included in line 4:

    4a.  Real estate taxes     4a.  $                                     0.00
    4b.  Property, homeowner's, or renter's insurance     4b.  $                                     0.00

Debtor 1   **Luis Alberto Sierra Chavez**

Debtor 2   **Megan Rose Sierra**

Case number (if known)   **20-10286**

| | | | | |
|---|---|---|---|---|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | **90.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | **0.00** |

| Debtor 1 | **Luis Alberto Sierra Chavez** | | |
|---|---|---|---|
| Debtor 2 | **Megan Rose Sierra** | Case number (if known) | **20-10286** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 230.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 290.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,050.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 1,900.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 425.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 60.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 270.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes, Inspections & Tags** | | 16. $ | 100.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 7,358.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 7,358.00 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,834.08 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,358.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,476.08 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:

Commonwealth of Virginia
P.O. Box 2156
Richmond, VA 23218-0610

Acima Credit
9815 S Monroe St. Fl. 4
Sandy, UT 84070

ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485

Affirm Inc.
650 California St. Fl. 12
San Francisco, CA 94108

American Collection Ent.
6094d Franconia Rd
Alexandria, VA 22310

AT&T
P.O. Box 536216
Atlanta, GA 30353

AT&T
P.O. Box 5019
Carol Stream, IL 60197

AT&T Mobility
P.O. Box 536216
Atlanta, GA 30353

Bank of America
P.O. Box 982238
El Paso, TX 79998

Bank Of America, N.A.
P.O. Box 45144
Jacksonville, FL 32231

Bank of America, N.A.//Clover
P.O. Box 660933
Dallas, TX 75266-0933

Bloom/dsnb
P.O. Box 8218
Mason, OH 45040


Brclys Bank DE
P.O. Box 8803
Wilmington, DE 19899


Cap One/helzb
P.O. Box 30253
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130


Cb Indigo/gf
P.O. Box 4499
Beaverton, OR 97076


Children's National Med. Ctr.
P.O. Box 744783
Atlanta, GA 30374-4783


Children's National Med. Ctr.
111 mIchigan Ave. NW
Washington, DC 20010


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Comcast
P.O. Box 70219
Philadelphia, PA 19176


Comenity Bank/arhaus
P.O. Box 182789
Columbus, OH 43218

Comenity Bank/pttrybrn
P.O. Box 182789
Columbus, OH 43218


Comenitybank/victoria
P.O. Box 182789
Columbus, OH 43218


Comenitybk/a&f
P.O. Box 182789
Columbus, OH 43218


Comenitybk/williamsnom
P.O. Box 182789
Columbus, OH 43218


Commonwealth of Virginia
Department of Taxation
P.O. Box 2156
Richmond, VA 23218


Credence Resource Management
P.O. Box 1253
Southgate, MI 48195-0253


Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716


Culligan Water Conditioning
7094 Browntown Road
Front Royal, VA 22630


Directv
P.O. Box 105249
Atlanta, GA 30348


Dominion Energy
P.O. Box 26543
Richmond, VA 23261

```
Dominion Hospital
P.O. Box 740760
Cincinnati, OH 45274-0760


Duncan Rose
4475 Bacon Street
Bealeton, VA 22712


Enterprise Holdings
Attn: Candace Cash
14002 East 21st St., Ste.1500
Tulsa, OK 74134


ERC
P.O. Box 23870
Jacksonville, FL 32241-3870


Express Lanes
386 S. Pickett Street
P.O. Box 22147
Alexandria, VA 22304-4704


Fairfax Collision Center
4211 Henninger Court
Chantilly, VA 20151


Fauquier County Library
11 Winchester Street
Warrenton, VA 20186


Fauquier County Treasurer
29 Ashby Street
Warrenton, VA 20186


Fauquier Hospital
500 Hospital Drive
Warrenton, VA 20186


First Premier Bank
3820 N Louise Avenue
Sioux Falls, SD 57107


First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107
```

First Service Residential
11351 Random Hills Rd
Suite 500
Fairfax, VA 22030


I.C. System, Inc
P.O. Box 64378
Saint Paul, MN 55164


Inova
P.O. Box 37013
Baltimore, MD 21297-3013


Inova Fair Oaks Hospital
3600 Joseph Siewick Dr
Fairfax, VA 22030


Inova Fairfax Hospital
3300 Gallows Rd.
Falls Church, VA 22042


INOVA Health Care Services
2990 Telestar Ct.
Falls Church, VA 22042


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


L.L. Bean
P.O. Box 1847
Albany, NY 12201-1847


Lawn Doctor
P.O. Box 5407
Fredericksburg, VA 22403


Loancare Servicing Center
3637 Sentara Way
Virginia Beach, VA 23452


Maryland Transportation Auth.
P.O. Box 17600
Baltimore, MD 21297

MDG: Consumer Financing
PMB# 1993
Wilmington, DE 19808


MDTA
P.O. Box 17600
Baltimore, MD 21297-7600


Midland Credit
320 East Big Beaver
Troy, MI 48083


Mintbrook CA
P.O. Box 62010
Newark, NJ 07101


Nordstrom/TD Bank Usa
13531 E. Caley Avenue
Englewood, CO 80111


Novant Health UVA Health Syst
Haymarket Medical Center
PO Box 603424
Charlotte, NC 28260-3424


Payday Loan - NEW


Pediatric Specialists of VA
P.O. Box 37011
Baltimore, MD 21297-3011


PediatriCare of Northern VA
8640 Sudley Road Suite 306
Manassas, VA 20110


Portfolio Recovery
120 Corporate Blvd. Ste. 100
Norfolk, VA 23502


Receivables Outsourcing
P.O. Box 549
Lutherville Timonium, MD 21094

RGS Financial
1700 Jay Ell Dr. Ste. 200
Richardson, TX 75081

Smile Brands
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618

Syncb/Care Credit
c/o P.O. Box 965036
Orlando, FL 32896

Syncb/Lowes
P.O. Box 956005
Orlando, FL 32896

Syncb/Lumber Liquidators
c/o P.O. Box 965036
Orlando, FL 32896

Syncb/Old Navy
P.O. Box 965005
Orlando, FL 32896

Syncb/Toysrus
P.O. Box 965005
Orlando, FL 32896

TD Auto Finance
P.O. Box 9223
Farmington, MI 48333

Td Bank Usa/Target
P.O. Box 673
Minneapolis, MN 55440

Tidewater Finance Company
6520 Indian River Rd
Virginia Beach, VA 23464

True Accord
303 2nd Street, Suite 750
San Francisco, CA 94107

United Consumers Inc
PO Box 4466
Woodbridge, VA 22194-4466


Verizon
500 Technology Drive
Weldon Spring, MO 63304


Verizon
500 W. Technology Dr.
Suite 550
Weldon Spring, MO 63304


Virginia Medical Transport
P.O. Box 744719
Atlanta, GA 30374


Westlake Financial Services
4751 Wilshire Bvld.
Los Angeles, CA 90010


Westlake Financial Svcs.
4751 Wilshire Blve, Suite 100
Los Angeles, CA 90010


Xfinity
P.O. Box 21428
Eagan, MN 55121-0428