## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| LUIS ALBERTO SIERRA CHAVEZ<br>AND<br>MEGAN ROSE SIERRA | |
| | Case No. 20-10286-KHK |
| Debtors | |

## **AMENDED MOTION TO DISMISS**

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(1)** - Unreasonable Delay.
- Debtors do not appear to be proceeding toward confirmation.
- Debtors' most recent Plan payment was returned by the bank on which it was drawn due to insufficient funds. In the first six months this case has been pending Debtors have made only two Plan payments which have cleared the bank.

Date: __July 30, 2020_____                __/s/Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

---

[1] Amended Motion to Dismiss filed to include recent Plan payment that was returned.

**Amended Motion to Dismiss**
Luis Alberto Sierra Chavez and Megan Rose Sierra, Case #20-10286-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of July, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Luis Alberto Sierra Chavez | John C. Morgan, Jr., Esquire |
| Megan Rose Sierra | Attorney for Debtor |
| Chapter 13 Debtors | New Day Legal, PLLC |
| 3008 Revere Street | 98 Alexandria Pike, Ste. 10 |
| Bealeton, VA 22712 | Warrenton, VS 20186 |

                                          ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman